1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                                              No. C 09-1541 CW

8    ROBERTO O. DAVID & IMELDA D. DAVID,

9          Plaintiffs,                         ORDER DIRECTING
                                               PLAINTIFFS TO FILE
10        v.                                   AN OPPOSITION

11   WELLS FARGO BANK, N.A. and E.M.C.
     MORTGAGE CORPORATION,

12        Defendants.

13   _____/

14

15        Defendant EMC Mortgage Corporation has moved to dismiss the

16   complaint.  Pro se Plaintiffs Roberto and Imelda David have not

17   filed an opposition, which they were required to do by June 18,

18   2009.

19        Plaintiffs must file an opposition to EMC's motion by **July 2,

20   2009** or the complaint will be dismissed without prejudice for

21   failure to prosecute.  EMC's reply must be filed by July 9, 2009.

22   The hearing scheduled for July 9, 2009 is vacated and will be

23   rescheduled if the Court deems a hearing necessary.  Otherwise, the

24   motion will be taken under submission on the papers.

25        IT IS SO ORDERED.

26

27   Dated: 6/23/09

28                                   _____
                                     CLAUDIA WILKEN
                                     United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERTO O. DAVID et al,

        Plaintiff,

  v.

WELLS FARGO BANK et al,

        Defendant.
_____/

Case Number: CV09-01541 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Imelda D. David
Roberto O. David
127 Driftwood Cove
Hercules,  CA 94547

Dated: June 23, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28