IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO O. DAVID & IMELDA D. DAVID,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A. and E.M.C. MORTGAGE CORPORATION,<br><br>    Defendants. | No. C 09-01541 CW<br><br>ORDER DISMISSING CLAIMS AGAINST DEFENDANT WELLS FARGO BANK WITHOUT PREJUDICE |

Defendants Wells Fargo Bank and EMC Mortgage Corporation have moved to dismiss the complaint. Pro Se Plaintiffs Robert and Imelda David failed to file an opposition by July 2, 2009 as ordered. Plaintiffs' claims against Wells Fargo Bank and E.M.C. Mortgage Corporation are dismissed without prejudice for failure to prosecute.

    IT IS SO ORDERED.

Dated: 7/15/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERTO O. DAVID et al,

    Plaintiff,

v.

WELLS FARGO BANK et al,

    Defendant.

Case Number: CV09-01541 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Imelda D. David
Roberto O. David
127 Driftwood Cove
Hercules, CA 94547

Dated: July 15, 2009

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

2